Entered on Docket
March 03, 2010

*Bruce A. Markell*

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
09-78138

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-32964-bam |
| Gerald Peter Deschamps | Date:  2/23/10<br>Time: 1:30 pm |
| | Chapter 7 |
| Debtor. | |

## ORDER VACATING AUTOMATIC STAY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject

property, generally described as 3104 Glenhurst Dr., Las Vegas, NV 89121, and legally described as

follows:

LOT SIXTE:EN (16) IN BLOCK NINETEEN (19) OF GREENBRIAR UNIT I 4C, CLARK
COUNTY, N:EVADA, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 9 OF PLATS,
PAGE 98 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY,
NEVADA.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

1

2    **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

3    **give Debtor at least five business days' notice of the time, place and date of sale.**

4                   DATED this _____ day of _____2010.

5    Submitted by:

6    **WILDE & ASSOCIATES**

7    By:_____#10235_
     **Gregory L. Wilde, Esq.**

8    Attorney for Secured Creditor
     208 South Jones Boulevard

9    Las Vegas, Nevada 89107

10   APPROVED / DISAPPROVED

11
     By:_____

12   Howard C. Kim
     1057 Whitney Ranch Drive

13   Suite 100
     Henderson, NV 89014

14   Attorney for Debtor(s)

15   Nevada Bar No:_____

16

17   APPROVED / DISAPPROVED

18   By:_____

19   Timothy S. Cory
     8831 West Sahara Ave.

20   Las Vegas, NV 89117
     Chapter 7 Trustee

21

22

23

24

25

26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_____ No parties appeared or filed written objections, and the trustee is the movant.

__x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

_____ approved the form of this order         _____ disapproved the form of this order

_____ waived the right to review the order and/or   __x__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order         _____ disapproved the form of this order

_____ waived the right to review the order and/or   _x___ failed to respond to the document

_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order         _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order         _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document

_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor